IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ROBERT McCANN,                                  **Civil File No. 09-447-CV-W-SOW**

    Plaintiff,

vs.                                                      **STIPULATION OF DISMISSAL**
                                                             **WITH PREJUDICE**

PROGRESSIVE FINANCIAL SERVICES, INC.,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Robert McCann, and the defendant, Progressive Financial Services, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                     Respectfully submitted,

Dated:  09-23-09                     By  /s/J. Mark Meinhardt
                                                   J. Mark Meinhardt, #53501
                                                   4707 College Boulevard, Suite 100
                                                   Leawood, KS 66211
                                                   (913) 451-9797
                                                   (913) 451-6163 (fax)
                                                   ATTORNEY FOR PLAINTIFF

Dated:  09-24-09                     By  /s/Joshua C. Dickinson
                                                   Joshua C. Dickinson, #51446
                                                   Benjamin T. Clark, #53155
                                                   1000 Walnut, Suite 1400
                                                   Kansas City, MO 64106
                                                   (816) 474-8100
                                                   (816) 474-3216 (fax)
                                                   ATTORNEY FOR DEFENDANT