IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROBERT McCANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-0447-CV-W-SOW |
| ) | |
| PROGRESSIVE FINANCIAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice (Doc. #8). Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff and defendant inform the Court that all claims in the above-captioned case should be dismissed *with* prejudice.

Accordingly, pursuant to the Stipulation of Dismissal, it is hereby

ORDERED that the above-captioned case is dismissed *with* prejudice, with each party to bear its own costs.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: October 15, 2009